OPINION — AG — UNDER THE PROVISIONS OF THE LIMITED SERVICE POLICY, HERETOFORE ADOPTED BY THE DEPARTMENT OF WILDLIFE CONSERVATION COMMISSION, A DULY QUALIFIED EMPLOYEE MAY BE GIVEN A PART TIME WORK WITH THE DEPARTMENT EVEN THOUGH HE HAS BEEN WORKING FOR ANOTHER EMPLOYER SINCE RETIRING WITH THE DEPARTMENT. HOWEVER, SUCH PART TIME EMPLOYMENT IS AT THE DISCRETION OF THE DIRECTOR WITH THE APPROVAL OF THE COMMISSION. (DUAL COMPENSATION)